Accordingly, in light of the Registrar's admission, the petition for certiorari is granted, the judgment of the District Court is quashed, and this case is remanded to the Registrar of Motor Vehicles for a new hearing.

MURRAY, J., did not participate.

**In re Joseph Francis WALSH.**

**No. 83–230–Appeal.**

Supreme Court of Rhode Island.

May 26, 1983.

Joseph Francis Walsh, pro se.

Dennis J. Roberts, Atty. Gen., for defendant.

**ORDER**

The petition of Joseph Francis Walsh to submit a question of constitutional importance to this court, as prayed, is denied.

MURRAY, J., did not participate.

**Margaret SOUZA**

**v.**

**Albert ROMANELLA.**

**No. 83–276–Appeal.**

Supreme Court of Rhode Island.

May 26, 1983.

A.J. Brosco, Patricia A. Hurst, Providence, for plaintiff.

Howard I. Lipsey, Providence, for defendant.

**ORDER**

The plaintiff's motion for stay or injunctive relief, as prayed, is denied.

MURRAY, J., did not participate.

**Elizabeth L. BAKER, d/b/a Rhode Island Survey and Research, Inc.**

**v.**

**Ann MacINTOSH.**

**No. 83–283–M.P.**

Supreme Court of Rhode Island.

May 31, 1983.

Jane Landers, Providence, for petitioner.

Frederick C. Kilguss, Providence, for respondent.

**ORDER**

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.